IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ALBERT J. SORRELLS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 2:17-CV-83-WHA |
| | ) |
| GREG JACKSON, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

On February 21, 2017, the Magistrate Judge entered a Recommendation regarding the proper parties in this case (Doc. No. 4). No timely objections have been filed to this Recommendation. After an independent review of the file in this case, it is

ORDERED that:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. Nurse Wanda Pratt and Nurse Diane are DISMISSED as defendants in this cause of action.

3. The dismissal of Nurse Pratt and Nurse Diane is WITHOUT PREJUDICE to the rights of the plaintiff to file a separate civil action against these individuals regarding the constitutionality of medical treatment provided to him.

4. This case is referred back to Magistrate Judge Gray Borden for further proceedings.

DONE this 27th day of March, 2017.

　　　　　　　　　　　　　　　　/s/    W. Harold Albritton
　　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE