IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ALBERT J. SORRELLS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:17-CV-83-WHA |
| | ) |
| GREG JACKSON, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

On August 9, 2017, the Magistrate Judge entered a Recommendation (Doc. #19) to which no timely objections have been filed. Upon an independent review of the file and upon consideration of the Recommendation, it is ORDERED that:

1. The Recommendation of the Magistrate Judge is ADOPTED;

2. This case is DISMISSED without prejudice for Plaintiff's failure to comply with the orders of this court;

3. No costs are taxed.

A separate Final Judgment will be entered.

DONE this 25th day of August, 2017.

                          /s/ W. Harold Albritton
                    SENIOR UNITED STATES DISTRICT JUDGE